AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

United States District Court
Southern District of Texas
FILED

APR 18 2019

David J. Bradley, Clerk

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

## McALLEN DIVISION

UNITED STATES OF AMERICA
### V.
**Pascasio Martinez-Martinez**

## CRIMINAL COMPLAINT

Case Number:    M-19-0870-M

IAE        YOB:    1986
**Mexico**
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about _____ April 17, 2019 _____ in ___ Hidalgo ___ County, in

the ___ Southern ___ District of ___ Texas ___

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Sullivan City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title ___ 8 ___ United States Code, Section(s) ___ 1326 ___ (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Pascasio Martinez-Martinez was encountered by Border Patrol Agents near Sullivan City, Texas on April 17, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 16, 2019, near Rio Grande City, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on April 12, 2019 through Hidalgo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On May 21, 2018 the defendant was convicted of 8 USC 1326 Illegally Being Present in the United States After Removal and sentenced to nine (9) months confinement and three (3) years supervised release term.

Continued on the attached sheet and made a part of this complaint:        ☐ Yes   ☒ No

Approved by Amy L. Greenbaum 4/18/2019

Sworn to before me and subscribed in my presence,

Signature of Complainant

April 18, 2019                                    8:34 am

Carlos Sanchez                    Senior Patrol Agent

Peter E. Ormsby                    , U.S. Magistrate Judge

Name and Title of Judicial Officer

Signature of Judicial Officer